Ann Marie HYATT, Plaintiff—
Appellant,

v.

AVCO FINANCIAL SERVICES, a/k/a
Avco Mortgage & Acceptance,
Defendant—Appellee.

No. 00–1386.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2000.

Decided Aug. 25, 2000.

Ann Marie Hyatt, Appellant Pro Se. Rodney Allen Satterwhite, Laura Clark McCoy, McGuire, Woods, Battle & Boothe, L.L.P., Richmond, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Ann Marie Hyatt appeals the district court's order granting Avco Financial Services' motion to dismiss her claims filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.2000e to 2000e–17 (West 1994 & Supp.2000) and her state law claims of breach of contract and intentional infliction of emotional distress. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See *Hyatt v. Avco Financial Servs.*, No. CA–98–745 (E.D.Va. March 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. AFFIRMED